Case 1:17-cv-00769-RJJ-RSK   ECF No. 12 filed 08/25/17   PageID.358   Page 1 of 1

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Plaintiff(s),      Case No.

v.

Defendant(s).
_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to _____
(Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?   Yes   No

2. Does party have any parent corporations?   Yes   No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   CNH Industrial Capital America LLC is a single member Limited Liability Company. The single member of CNH Industrial Capital America LLC is CNH Industrial Capital LLC, a single member Limited Liability Company. The single member of CNH Industrial Capital LLC is CNH Industrial America LLC, a single member Limited Liability Company. The single member of CNH Industrial America, LLC is Case New Holland Industrial Inc. Case New Holland Industrial Inc. is a wholly owned by CNH Industrial N.V., a business entity registered in the Netherlands.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?   Yes   No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?   Yes   No
   If yes, identify entity and nature of interest:

Date: _____   _____
(Signature)